### *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | |
|---|---|
| EARNEST FRANKLIN FORE | PLAINTIFF |
| v.     NO. 3:06CV00207 JLH | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY | DEFENDANT |

### **ORDER**

Defendant's Motions to Compel are denied as moot. Docket #12 and #16. The parties have advised the Court that the matter has been resolved.

IT IS SO ORDERED this 11th day of June, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE