# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EARNEST FRANKLIN FORE                                                          PLAINTIFF

v.                                          No. 3:06CV00207 JLH

NATIONWIDE MUTUAL FIRE INSURANCE CO.                                           DEFENDANT

## ORDER

Nationwide Mutual Fire Insurance Co. has filed a motion for extension of the motions and status reports deadlines. The motion is GRANTED. Document #22. The motions deadline and the time for submitting status reports is hereby extended up to and including August 30, 2007.

IT IS SO ORDERED this 15th day of August, 2007.

_J. LEON HOLMES_
UNITED STATES DISTRICT JUDGE